UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS HEATON SPITTERS,<br><br>    Plaintiff,<br><br>    v.<br><br>SPITTERS, et al.,<br><br>    Defendants. | Case No. 5:18-cv-07459-EJD<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO REOPEN CASE**<br><br>Re: Dkt. No. 14 |

The court previously dismissed Plaintiff's case without prejudice because Plaintiff had failed to either pay the filing fee or submit a complete IFP application. Dkt. No. 11. The court later denied Plaintiff's motion to re-open the case because Plaintiff had not paid the filing fee or completed an IFP application. Dkt No. 13.

Presently before the court is Plaintiff's second request to re-open the case. The request is DENIED because Plaintiff has still not filed a complete IFP application or paid the filing fee. Therefore, the case shall remain closed.

**IT IS SO ORDERED.**

Dated: June 17, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-07459-EJD
ORDER DENYING REQUEST TO REOPEN CASE
1